AO 91 (Rev. 11/11)  Criminal Complaint

___ FILED ___ ENTERED
___ LOGGED ___ RECEIVED

# UNITED STATES DISTRICT COURT
for the
District of Maryland

JUN - 8 2022
AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

United States of America )
v. )
) Case No.  22-mj-1848-TJS
Nicholas John Roske )
)
)
)

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  June 8, 2022  in the county of  Montgomery  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(A) | Attempts to kidnap or murder, or threatens to assault, kidnap or murder a United States Judge, to wit: a current Justice of the United States Supreme Court |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Ian Montijo*
*Complainant's signature*

Ian Montijo, Special Agent, FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:  June 8, 2022

*Judge's signature*

City and state:  Greenbelt, Maryland         Hon. Timothy J. Sullivan, U.S. Magistrate Judge
*Printed name and title*