# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | *    Criminal No. **PJM 22-cr-209** |
| NICHOLAS JOHN ROSKE | * |
| Defendant. | * |

## ORDER

In accordance with the scheduling conference held on August 20, 2024, the Court sets the following dates:

| | |
|---|---|
| October 4, 2024 | Supplements to Motion to Suppress and Additional Motions to Suppress Due |
| February 18, 2025 | Motions Hearing at 11:00 a.m. |
| May 28, 2025 | Motions in Limine Due |
| June 5, 2025 | Oppositions Due<br>Joint Voir Dire Due |
| June 9, 2025 | Jury Trial Begins, Possibly Running Through June 17, 2025 |

**SO ORDERED.**

8/21/2024

PETER J. MESSITTE
UNITED STATES DISTRICT JUDGE