IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES : | |
| : | |
| v.    : | Case No.  PJM-22-0209 |
| : | |
| NICHOLAS ROSKE, : | |
| : | |
| Defendant   : | |

## ORDER

Upon consideration of the Defendant's Consent Motion to Extend Pretrial Motions Deadline it is this __27__ day of December, 2024, hereby:

**ORDERED**, that the motion is **GRANTED**; and it is further

**ORDERED**, that deadline for the filing of pretrial motions is extended to January 3, 2025; and it is further;

**ORDERED**, that the deadline for the filing to responses to pretrial motions is extended to February 4, 2025.

_____
Peter J. Messitte
Senior United States District Judge

1