# EXHIBIT 5

## (Officer L.C. Body-Worn Camera starting at 2:31 a.m.)

## (Provided as electronic file on CD)