IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| **v.** | : | **Case No. DLB-22-0209** |
| | : | |
| **NICHOLAS ROSKE** | : | |
| | : | |
| **Defendant** | : | |

**Notice of Filing Video Exhibit**

Nicholas Roske, by counsel, hereby provides notice of filing of Exhibits 6, 6A, 7, 7A, and 9, which are attachments under seal to his Sentencing Memorandum. The exhibits consist of audio and video files (.mp4, .mpeg, and .wav) that cannot be converted to PDF format and filed electronically. The exhibits exist on a physical medium (USB drive) and two copies will be delivered to the Clerk's Office on or before the business day after electronic filing of the memorandum, with an additional copy provided to counsel for the government.

Respectfully submitted,

James Wyda
Federal Public Defender
 for the District of Maryland

_____
Andrew R. Szekely
Ellie Marranzini
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: andrew_szekely@fd.org