1
# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES** | : | |
| | : | |
| | : | |
| v. | : | Case No. DLB-22-0209 |
| | : | |
| **NICHOLAS ROSKE** | : | |
| | : | |
| **Defendant** | : | |

## Motion for Leave to File Video Exhibits

Nicholas Roske, by counsel, hereby moves for leave to file five video exhibits. These exhibits, Exhibits 6, 6A, 7, 7A, and 9, are attachments under seal to his Sentencing Memorandum. The exhibits consist of audio and video files (.mp4, .mpeg, and .wav) that cannot be converted to PDF format and filed electronically. The exhibits exist on a physical medium (USB drive) and two copies will be delivered to the Clerk's Office on or before the business day after electronic filing of the memorandum, with an additional copy provided to counsel for the government. Wherefore, Mr. Roske asks to supplement his electronic filing with these video exhibits.

Respectfully submitted,

James Wyda
Federal Public Defender
 for the District of Maryland


_____
Andrew R. Szekely
Ellie Marranzini
Assistant Federal Public Defenders
100 South Charles Street
Tower II, 9th Floor
Baltimore, Maryland 21201
Phone: (410) 962-3962
Fax: (410) 962-3976
Email: andrew_szekely@fd.org