# **EXHIBIT C**

Case 8:22-cr-00209-DLB    Document 98-5    Filed 09/19/25    Page 1 of 5





Case 8:22-cr-00209-DLB   Document 98-5   Filed 09/19/25   Page 3 of 5