# **EXHIBIT D**

Case 8:22-cr-00209-DLB   Document 98-6   Filed 09/19/25   Page 1 of 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. DLB-22-209 |
| | * | |
| NICHOLAS JOHN ROSKE, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

### SUPPLEMENT TO GOVERNMENT'S SENTENCING MATERIALS

The following provides a key to the anonymized information in the Government's sentencing materials, including the Agent Affidavit and accompanying Attachments:



Respectfully submitted,

KELLY O. HAYES
United States Attorney

By:  /s/ Thomas M. Sullivan
Thomas M. Sullivan
Coreen Mao
Assistant United States Attorneys