IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   CRIMINAL NO. DLB-22-209 |
| | * |
| NICHOLAS JOHN ROSKE, | * |
| | * |
| Defendant | * |
| | * |
| ******* | |

## GOVERNMENT'S NOTICE OF WITNESS AT SENTENCING

The United States of America, by and through the undersigned attorneys, respectfully submits this Notice of Witness at Sentencing, and states as follows:

On April 8, 2025, defendant Nicholas John Roske pled guilty to Attempting to Assassinate an Associate Justice of the Supreme Court, in violation of 18 U.S.C. § 351(c). Pursuant to the defendant's guilty plea, the Court issued a Sentencing Order directing that, if counsel for either party intends to call any witnesses at the sentencing hearing, counsel shall submit the following information: (a) the names of the witnesses, (b) a synopsis of their anticipated testimony, and (c) an estimate of the anticipated length of the hearing. ECF No. 83.

### Law Enforcement Testimony

The government anticipates Deputy United States Marshal (DUSM) Ashlee Curtis, who will testify about the facts and circumstances of the defendant's arrival at the residence of the Associate Justice on June 8, 2022, as set forth in her Declaration in Support of Government's

Sentencing Memorandum, ECF No. 98-4. The government anticipates that DUSM Curtis's testimony will take between 25 and 35 minutes, exclusive of cross-examination.

                                                                Respectfully submitted,

                                                                Kelly O. Hayes
                                                                United States Attorney

By:        _____/s/_____
            Thomas M. Sullivan
            Coreen Mao
            Assistant United States Attorneys