# ATTACHMENT 15
# (Public filing of last 3 pages of Attachment 8)





